UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN THE MATTER OF:                                                CASE NO. 14-30365

ALBERT B. STRANGE
CHERIA L. STRANGE                                    CHAPER 13
 DEBTOR

CAPITAL ONE, N.A.
 MOVER

## *MOTION TO WITHDRAW MOTION FOR RELIEF FROM STAY*

NOW INTO COURT, through undersigned counsel, comes CAPITAL ONE, N.A. ("Mover or Creditor"), mover herein, who respectfully represents that:

1.

A Motion for Relief from Stay was filed on January 6, 2015. A hearing for the Motion for Relief was scheduled for February 12, 2015 with reference to the above captioned case.

2.

Creditor desires to withdraw the Motion for Relief from Automatic Stay without prejudice.

3.

WHEREFORE, Mover prays that an Order be entered herein withdrawing the Motion for Relief from Automatic Stay without prejudice.

                                                                       Respectfully submitted,
                                                                       THE BOLES LAW FIRM
                                                                       1818 Avenue of America
                                                                       P. O. Drawer 2065
                                                                       Monroe, LA 71207-2065
                                                                       (318) 388-4050

                                                                       BY: /s/ Brad Allen Thompson
                                                                          Brad Allen Thompson, Bar No. 28783

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN THE MATTER OF:                      CASE NO. 14-30365

ALBERT B. STRANGE
CHERIA L. STRANGE                      CHAPER 13
   DEBTOR

CAPITAL ONE, N.A.
   MOVER

## *CERTIFICATE OF SERVICE*

       I, Brad Allen Thompson, do hereby certify that copies of the Motion to Withdraw Motion for Relief in this proceeding have been mailed by United States Mail, postage prepaid, to the following persons:

| | |
|---|---|
| Albert Strange | Glay H. Collier, II |
| Cheria Strange | The Collier Law Firm |
| PO Box 1074 | 920 Pierremont Road, Suite 511 |
| Columbia, LA 71243 | Shreveport, LA 71106 |
| | |
| E. Eugene Hastings (Ch 13 Trustee) | Office of U. S. Trustee |
| POB 14839 | 300 Fannin St., Suite 3196 |
| Monroe, LA 71207 | Shreveport, LA 71101 |

       Monroe, Louisiana, this 9th day of February 2015.

                                     Respectfully submitted,

                                     THE BOLES LAW FIRM
                                     1818 Avenue of America
                                     P. O. Drawer 2065
                                     Monroe, LA 71207-2065
                                     (318) 388-4050

                                     BY: /s/ Brad Allen Thompson
                                         Brad Allen Thompson, Bar No. 28783